IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-01472-RBJ | Date: | October 23, 2015 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |

---

| *Parties* | *Counsel* |
|---|---|
| TELIAX INC | *Keenan P.A. Adamchak* |
| | *Robert H. Jackson* |
| | *John F. Young* |
| **Plaintiff** | |
| v. | |
| AT&T CORPORATION | *Rebecca B. DeCook* |
| BELLSOUTH LONG DISTANCE  INC | |
| **Defendants** | |

---

## COURTROOM MINUTES

---

**TELEPHONE SCHEDULING CONFERENCE**

Court in Session:  8:28 a.m.

Appearance of counsel.  All counsel appear via telephone.

Discussion held on pleadings in this case.

**ORDERED:   Parties are to take six depositions, as outlined on the record.**

**TELEPHONE SCHEDULING CONFERENCE** is set for **December 15, 2015, at 8:30 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Discussion held on Motion to Dismiss State-Law Claims.

**ORDERED:   [27] Motion to Dismiss Counterclaim is DENIED.**

| | | |
|---|---|---|
| Court in Recess:  8:56 a.m. | Hearing concluded. | Total time in Court:  00:28 |